# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CROWN TEXTILE, a foreign entity,<br><br>   Plaintiff,<br><br>   vs.<br><br>CATALYST CREATIVE, LLC, a California limited liability company; and DOES 1 to 25, inclusive,<br><br>   Defendants.<br><br>CATALYST CREATIVE, LLC, a California limited liability company,<br><br>   Counterclaimant,<br><br>   vs.<br><br>CROWN TEXTILE, a foreign entity,<br><br>   Counter-Defendant. | Case No. 8:22-cv-01481 CJC-DFM<br>*Assigned to the Honorable Cormac J. Carney*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

The Court, having considered the Stipulation by and between Plaintiff/Counter-Defendant Crown Textile and Defendant/Counter-Claimant Catalyst Creative, LLC (collectively, the "Parties"), and for good cause shown, hereby orders as follows:

1. The entire action is hereby dismissed in its entirety with prejudice;
2. The parties will each bear their respective costs and attorney's fees as incurred in connection with this action.

DATED: February 28, 2024

Honorable Cormac J. Carney
United States District Judge